**FILED**

08/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0179

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA-20-0179

THORCO, INC.;

               Appellant,

v.

WHITEFISH CREDIT UNION, and
JOHN DOES 1-10,

               Appellee.

**ORDER GRANTING
APPELLANT'S UNOPPOSED
MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF**

Pursuant to Appellant's Unopposed Motion for Extension of Time to File Reply Brief, with good cause appearing therefore and no objection by Appellee,

IT IS HEREBY ORDERED that Appellant's Unopposed Motion for Extension of Time to File Reply Brief is GRANTED, and Appellant shall have up to and including September 28, 2020 to file its opening brief.

DATED this _____ day of August, 2020.

By: _____
          Clerk of the Supreme Court

cc:  Nathan G. Wagner
      Sean S. Frampton

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 28 2020